IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA CASTRO         Plaintiff | § § § | |
| vs. | § § | CIVIL ACTOIN NO. 3:15-CV-1373-G |
| TJ TRUCKING COMPANY, INC., and GARY D. GRAY         Defendant | § § § | |

### PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff Maria Castro and files this, Plaintiff's Motion for Dismissal With Prejudice and would show unto the Court the following:

The parties have settled the above-mentioned matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court dismiss Defendants with prejudice and that all costs incurred be taxed against the party incurring the same.

Respectfully Submitted,
**THE MARYE LAW FIRM**

/s/ Eric H. Marye
**ERIC H. MARYE**
State Bar of Texas No. 24004798
emarye@maryelaw.com
2619 Hibernia St.
Dallas, Texas 75204
Phone: (214) 987-8240
Fax:    (214) 987-8241
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above document was delivered to the parties listed below in accordance with the Texas Rules of Civil Procedure on the 30th day of August, 2016 in the following manner:

\_\_\_\_\_U.S. Mail-Certified, return receipt requested.

\_\_\_\_\_First Class Mail

\_\_\_\_\_Telecopier

  X   E-File

                           /s/ Eric H. Marye
                           Eric H. Marye

Matt Walker
Litchfield Cavo, LLP
One Riverway
Suite 1000
Houston, Texas 77056
**ATTORNEY FOR DEFENDANTS**