UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA CASTRO, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| VS. | ) |
| | )   3:15-CV-1373-G |
| TJ TRUCKING COMPANY, INC., | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The parties having settled the above-mentioned matter, plaintiff's motion for dismissal with prejudice (docket entry 37) is **GRANTED** and that all costs incurred be taxed against the party incurring the same.

**SO ORDERED**.

August 30, 2016.

_____
A. JOE FISH
**Senior United States District Judge**